# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

LORENZO GUYTON,

                Defendant.

Case No. 22-CR-132-JPS

**ORDER**

On June 22, 2022, the grand jury returned a five-count Indictment charging Defendant with violating 18 U.S.C. §§ 922(g)(1), 924(a)(2), 924(c)(1)(A)(ii), and 1951(a). ECF No. 1. On April 19, 2023, the parties filed a plea agreement indicating that Defendant intended to plead guilty to Counts One and Three of the Indictment. ECF No. 17.[1] The plea agreement further indicated the Government would move to dismiss the remaining counts of the Indictment at the time of sentencing. *Id.* at 3.

The parties appeared before Magistrate Judge Nancy Joseph on May 15, 2023, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 20. Defendant entered a plea of guilty as to Counts One and Three of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an

---

[1] The plea agreement was timely for purposes of acceptance of responsibility credit. *See* ECF No. 16 and text order dated March 21, 2023.

independent factual basis containing each of the essential elements of the offense. *Id*.

The same day, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 21. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 21, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 7th day of June, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge